UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA, | 12 Cr. 887 (ALC) |
| Plaintiff, | ORDER |
| -against- | |
| THOMAS C. CONRADT and | |
| DAVID J. WEISHAUS, | |
| Defendants., | |

-------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1-16-13
```

ANDREW L. CARTER, JR., District Judge:

      In a letter dated January 15, 2013 the Government requests an adjournment of the status conference currently scheduled for January 18, 2013, and an exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 until February 20, 2013 because the parties are actively involved in plea discussions. The Government informs the Court that the Defendants consent to the adjournment.

      The Court finds that the interests of justice are served by such an exclusion to allow the parties to continue their plea discussions, and that those interests outweigh the interests of the defendants and the public in a speedy trial.

      Accordingly, it is ORDERED: the time from January 18, 2013 through February 20, 2013 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
       January 16, 2013

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 15, 2013

By Electronic Mail

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street, Room 725
New York, New York 10007
E-mail: alcarternysdchambers@nysd.uscourts.gov



Re:  United States v. Thomas C. Conradt & David J. Weishaus,
     12 Cr. 887 (ALC)

Dear Judge Carter:

      The Government respectfully writes to request that the Court adjourn the conference presently scheduled in the above-referenced matter for Friday, January 18, 2013, at 10:00 a.m., for approximately one month.

      As an update on this matter, on December 22, 2012, a third defendant in this case–Trent Martin–was arrested in Hong Kong. It is the Government's understanding that he has since advised the Hong Kong authorities that he is consenting to be extradited to the United States. In addition, Mr. Conradt presently is finalizing the retention of new counsel, Catherine Redlich, Esq., of Driscoll & Redlich. Both Ms. Redlich and Mr. Grudberg, who is counsel for defendant David Weishaus, consent to this request.

      The Government further requests that time be excluded through that date of the next conference under the Speedy Trial Act. The Government makes this request, with the consent of the defendants' counsel, to permit the defendants time to meet with counsel, review discovery, and to permit the parties to have discussions that could lead to the resolution of this matter

The Honorable Andrew L. Carter, Jr.
Page 2

without trial. The ends of justice served by such a continuance outweigh the best interests of the public and the defendants in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

                Respectfully submitted,

                PREET BHARARA
                United States Attorney

     By: //s//
                John T. Zach
                David B. Massey
                Assistant United States Attorneys
                (212) 637-2410/2283

cc:    Catherine Redlich, Esq. (CRedlich@driscollredlich.com)
       Michael Grudberg, Esq. (mgrudberg@stillmanfriedman.com)