UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,   12 Cr. 887 (ALC)

          Plaintiff,   **ORDER**

-against-

DAVID WEISHAUS and TRENT MARTIN,

          Defendants.,
-----------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

      At the 6/5/13 status conference, the Government requests an exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 until October 3, 2013 to allow the Defendants adequate time to review discovery and file its anticipated motion(s).

      The Court finds that the interests of justice are served by such an exclusion to allow the Defendants adequate time to review discovery and file its anticipated motions, and that those interests outweigh the interests of the defendants and the public in a speedy trial.

      Accordingly, it is ORDERED: the time from June 5, 2013 through October 3, 2013 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
       June 5, 2013

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7-1-13