# Ballard Spahr
# Stillman & Friedman LLP

425 Park Avenue
New York, NY 10022-3506
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Michael J. Grudberg
Tel: 212.223.0200 ext. 8037
Fax: 212.223.1942
grudbergm@bssfny.com

**MEMO ENDORSED**

August 7, 2013

*Via E-mail*

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov



Re:   U.S. v. Conradt, et al., No. 1:12-cr-887

Dear Judge Carter:

We are the attorneys for David Weishaus, a defendant in the above-captioned matter. We write to seek the Court's approval of a proposed adjustment to the briefing schedule for defense motions. The proposal would not affect the date by which motions would be fully submitted, only the initial filing and government response dates. Defendants' motions, now due August 8, would be due by August 13. Government opposition, now due August 29, would be due by September 5. The reply date would remain September 12.

All parties consent to the proposed adjustment. We thank the Court for its attention to this request, and are available to answer any questions.

Respectfully submitted,

Michael J. Grudberg

MJG/mm

cc: All counsel, via e-mail

The application is ✓ granted.
                   ___ denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: August 9, 2013
       NY, New York

DMEAST #17406801 v1