UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA,　　　　　　12 Cr. 887 (ALC)

　　　　　　Plaintiff,　　　　　　　　　　　　**ORDER**

　　　　-against-

DAVID WEISHAUS,

　　　　　　Defendants.,
--------------------------------------------------------X

ANDREW L. CARTER, JR., District Judge:

　　　At the October 3, 2013 status conference, the Government requested an exclusion of time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161 until January 17, 2014 to allow the Defendant adequate time to review the discovery and for the parties to possibly engage in plea discussions.

　　　The Court finds that the interests of justice are served by such an exclusion to allow the Defendant adequate time to review the discovery and for the parties to possibly engage in plea discussions, and that those interests outweigh the interests of the defendant and the public in a speedy trial.

　　　Accordingly, it is ORDERED: the time from October 3, 2013 through January 17, 2014 is excluded in the interests of justice from all calculations under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
　　　　October 3, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ANDREW L. CARTER, JR.
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10-21-13