**MEMO ENDORSED**

# Ballard Spahr
# Stillman & Friedman LLP

425 Park Avenue
New York, NY 10022-3506
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Michael J. Grudberg
Tel: 212.223.0200 ext. 8037
Fax: 212.223.1942
grudbergm@bssfny.com

March 17, 2014

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-20-14

*Via ECF*

The Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
40 Foley Square, Room 435
New York, NY 10007

Re:   United States v. Conradt, et al., No. 12-CR-887 (ALC)

Dear Judge Carter:

We are the attorneys for David Weishaus, a defendant in the above-captioned matter. We write on consent of the government to seek modification of Mr. Weishaus's release conditions to permit travel in connection with the upcoming wedding of a friend. Mr. Weishaus would intend to travel on Friday, March 21 to New Orleans for the bachelor party, then visit his parents in Boca Raton, Florida on March 24, returning to New York March 25. The wedding will be in San Jose, California, and he would plan to fly out May 30 and return June 2.

The government, by AUSA Tim Kasulis, has indicated that it does not oppose the request. Mr. Weishaus has also advised his Pretrial Services Officer, Jeff Steimel, who also has no objection. Mr. Weishaus would provide Mr. Steimel with whatever travel and contact information Pretrial might require.

We thank the Court for its attention to this request and are available to answer any questions.

Respectfully,

*[signature]*
Michael J. Grudberg

MJG/dc

cc:   All counsel (via ECF and e-mail)
      Jeff Steimel, USPTSO (via e-mail)

The application is ✓ granted.
                   denied.

*[signature]*
Andrew L. Carter Jr, U.S.D.J.
Dated: 3-20-14
NY, New York