# Ballard Spahr
# Stillman & Friedman LLP

425 Park Avenue
New York, NY 10022-3506
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Michael J. Grudberg
Tel: 212.223.0200 ext. 8037
Fax: 212.223.1942
grudbergm@bssfny.com

October 8, 2014

*Via ECF System*

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re:   U.S. v. Conradt, et al., No. 12 Cr. 887 (ALC)

Dear Judge Carter:

We are the attorneys for David Weishaus, a defendant in the above-captioned matter. We write on consent of the Government to seek a modification of Mr. Weishaus's bail conditions to allow him to make a business trip to Puerto Rico this weekend. His current geographic restrictions are the Southern and Eastern Districts of New York, the Southern District of Florida and the Districts of Maryland and New Jersey. He has advised his Pretrial Services Officer, Jeff Steimel, of his wish to travel to San Juan from October 10 to 14 to attend a fire protection vendor convention on behalf of his employer, and the Government – by AUSA John Zach – has consented to this application.

We thank the Court for its attention to this request and are available to answer any questions.

Respectfully submitted,

Michael J. Grudberg

MJG/kj

cc:   AUSA John Zach (via ECF and email)
      USPSO Jeff Steimel (via email)