

# MEMO ENDORSED

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

October 23, 2014

<u>By Electronic Mail</u>

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street, Room 725
New York, New York 10007
E-mail: alcarternysdchambers@nysd.uscourts.gov

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-24-14
```

      Re:    <u>United States v. David Weishaus</u>,
              12 Cr. 887 (ALC)

Dear Judge Carter:

      The defendant in the above-captioned matter is currently scheduled to be sentenced on October 24, 2014. The Government respectfully requests that the Court adjourn the sentence for an additional six months or to any date and time convenient to the Court. The defendant consents to this request.

                            Respectfully submitted,

                            PREET BHARARA
                            United States Attorney

                 By:   //s// John Zach
                      Telemachus P. Kasulis
                      John T. Zach
                      Assistant United States Attorneys
                      (212) 637-2411/2410

cc:    Michael J. Grudberg, Esq.

*Application granted. Sentencing adjourned to April 24, 2015 at 2:00 p.m. So Ordered.*

*/s/ Andrew L. Carter*

10-24-14