**MEMO ENDORSED**

# Ballard Spahr
## Stillman & Friedman LLP

425 Park Avenue
New York, NY 10022-3506
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Michael J. Grudberg
Tel: 212.223.0200 ext. 8037
Fax: 212.223.1942
grudbergm@bssfny.com

November 6, 2014

*Via ECF System*

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

Re: U.S. v. Conradt, et al., No. 12 Cr. 887 (ALC)

Dear Judge Carter:

We are the attorneys for David Weishaus, a defendant in the above-captioned matter. We write on consent of the Government to seek a modification of Mr. Weishaus's bail conditions to allow him to make a business trip to Atlanta, Georgia next week. His current geographic restrictions are the Southern and Eastern Districts of New York, the Southern District of Florida and the Districts of Maryland and New Jersey. He has advised his Pretrial Services Officer, Jeff Steimel, of his wish to travel to Atlanta from November 10 to 13 to attend a metal fabrication convention on behalf of his employer, and the Government – by AUSA Jessica Masella – has consented to this application.

We thank the Court for its attention to this request and are available to answer any questions.

Respectfully submitted,

Michael J. Grudberg

MJG/mm

cc: AUSA Jessica Masella (via ECF and email)
USPSO Jeff Steimel (via email)

---

*Handwritten endorsement:*

Request has been withdrawn by Defendant Mr. Weishaus and is DENIED AS MOOT.

SO ORDERED

Andrew L. Carter

11-17-14