UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | |
|---|---|
| UNITED STATES OF AMERICA | : 12 Cr. 887 (ALC) |
| v. | : **ORDER** |
| DAVID J. WEISHAUS, | : |
| Defendant. | : 2-9-15 |

------------------------------------------------------------X

    WHEREAS, Defendant David J. Weishaus's bail conditions in the above-captioned matter include the execution of a personal recognizance bond in the amount of $500,000 (the "PRB"), cosigned by his parents, and secured by equity of approximately $400,000 in the parents' home in Boca Raton, Florida; and

    WHEREAS, in connection with satisfying the bail conditions, on December 13, 2012, Mr. Weishaus's parents Lloyd Weishaus and Gail Weishaus, in the District of Maryland, executed the PRB and signed affidavits of confession of judgment for their residence at 22648 Lemon Tree Lane, Boca Raton, Florida 33428; and

    WHEREAS, on February 3, 2015, this Court "so ordered" a <u>Nolle Prosequi</u> submission from the United States Attorney for the Southern District of New York, dismissing the indictment against Mr. Weishaus without prejudice:

    IT IS THEREFORE ORDERED THAT, pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure, the conditions of the PRB for Mr. Weishaus have been satisfied, and all obligors on the PRB are hereby EXONERATED, and the property posted as security (as reflected in the December 13, 2012 affidavits of confession of judgment) is hereby released.

DMEAST #20988037 v1

SO ORDERED:

Dated: New York, New York
       February 9, 2015

By: _____
       United States District Judge